# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2007

Clifford W. Taylor,
Chief Justice

132630

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIP CUSTOMS BROKERAGE SERVICES,
INC., INTERNATIONAL VEHICLE
IMPORTERS, INC., WOLVERINE AUTO
PURCHASING, INC., ELECTRONIC
TECHNOLOGY CONVERSIONS, INC.,
INSTRUMENTATION TECHNOLOGIES, INC.,
and ONLINE SPEEDOMETER, INC.,
        Plaintiffs,
and

JOHNNY COOPER,
        Plaintiff/Counter-Defendant-
        Appellee,

v

ADESA IMPORTATION SERVICES, INC.,
and ADESA CORPORATION,
        Defendants/Counter-Plaintiffs-
        Appellants,
and

BRIAN J. WARNER,
        Defendant/Counter-Plaintiff.

SC: 132630
COA: 259386
Genesee CC: 02-072517-CK

_____/

      On order of the Court, the application for leave to appeal the August 29, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether plaintiff Johnny Cooper has standing to sue as an individual on his count for breach of the Oral Operations Agreement, including whether Cooper's claim is based on a duty that is distinct from defendant AIS's alleged duty to the acquired corporations. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2007

_____
Clerk

s0424